UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. CR108-068 |
| | ) |
| DARSEAN DEANDRE SCOTT, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 48(a) of Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, in the interest of justice, and pursuant to the parties reaching a non-trial disposition of the case, the United States Attorney for the Southern District of Georgia, hereby dismisses without prejudice Indictment number CR108-068.

*s/ A Booth*
Edmund A. Booth, Jr.
United States Attorney
Georgia Bar No. 068000

Nancy C. Greenwood
Assistant United States Attorney
Georgia Bar. No. 309179
Post Office Box 2017
Augusta, Georgia 30903
(706) 724-0517

Leave of Court is granted for the filing of the foregoing dismissal.

This 24th day of September, 2008.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA